UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 13-20348

                              Hon. John Corbett O'Meara

D-2 CECIL KENT,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION TO WITHDRAW PLEA

    Before the court is Defendant Cecil Kent's motion to withdraw his guilty plea. The court heard oral argument on December 1, 2016. For the reasons stated on the record, the court finds that Defendant has not presented a fair and just reason for withdrawing his plea. See United States v. Bashara, 27 F.3d 1174, 1181 (6th Cir. 1994) (overruled in part on other grounds by statute as stated in United States v. Caseslorente, 220 F.3d 727, 734-35 (6th Cir. 2000)).

    Accordingly, IT IS HEREBY ORDERED that Defendant's motion to withdraw plea is DENIED.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: December 1, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 1, 2016, using the ECF system.

s/William Barkholz  
Case Manager